# EXHIBIT 1 - Complaint

*To Promote the Progress of Science and Useful Arts*

# The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

*Katherine Kelly Vidal*

DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)

US0D1017012S

(12) **United States Design Patent**  (10) Patent No.:     **US D1,017,012 S**
      Li                                (45) Date of Patent:  ** Mar. 5, 2024

(54) **HUMIDIFIER**

(71) Applicant: **Changchun Li**, Ganzhou (CN)

(72) Inventor: **Changchun Li**, Ganzhou (CN)

(73) Assignee: **Changchun Li**, Ganzhou (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/912,948**

(22) Filed: **Sep. 26, 2023**

(51) **LOC (14) Cl.** ............................................. **23-04**
(52) **U.S. Cl.**
     USPC ...................................................... **D23/356**
(58) **Field of Classification Search**
     USPC ...................................................... D23/356
     CPC .. A61L 9/16; A61L 9/22; B01D 47/00; B01D
           47/027; B01D 2221/02; B01D 2259/4508;
           B03C 3/155; B03C 3/368; F24F 3/16;
           F24F 13/20; F24F 13/28
     See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D325,963 S | * | 5/1992 | Anderson | | D26/68 |
| 5,544,812 A | * | 8/1996 | Torres | | A61L 9/12 239/57 |
| D450,816 S | * | 11/2001 | Bilotti | | D23/328 |
| D452,301 S | * | 12/2001 | Schwartz | | D23/328 |
| D455,204 S | * | 4/2002 | Bossler | | D23/342 |
| D461,548 S | * | 8/2002 | Hsieh | | D23/342 |
| D466,993 S | * | 12/2002 | Chang | | D23/339 |
| D470,232 S | * | 2/2003 | Yeh | | D23/339 |
| D474,532 S | * | 5/2003 | Chan | | D23/338 |
| D486,211 S | * | 2/2004 | Chan | | D23/339 |
| D570,977 S | * | 6/2008 | McColgin | | D23/336 |
| D570,978 S | * | 6/2008 | McColgin | | D23/336 |
| D616,972 S | * | 6/2010 | Wang | | D23/314 |
| D801,504 S | * | 10/2017 | Kim | | D23/358 |
| D806,844 S | * | 1/2018 | Kim | | D23/364 |
| D806,845 S | * | 1/2018 | Kim | | D23/364 |
| D807,996 S | * | 1/2018 | Kim | | D23/358 |
| D807,998 S | * | 1/2018 | Kim | | D23/364 |
| D961,835 S | * | 8/2022 | Hsu | | D26/93 |
| D991,424 S | * | 7/2023 | Xia | | D23/356 |

* cited by examiner

*Primary Examiner* — David G Muller
(74) *Attorney, Agent, or Firm* — Nitin Kaushik

(57)                **CLAIM**

The ornamental design for a humidifier, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a humidifier, showing my new design;
FIG. **2** is a rear perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines in the drawings illustrate the portions of the humidifier, which form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2

U.S. Patent  Mar. 5, 2024  Sheet 3 of 8  US D1,017,012 S



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8