# EXHIBIT 2 -
## Complaint



















Specification

Product model:V56
Input current:DC 24V/650mA
Water tank:350ml
Spray volume:10-30ml/H
Net weight:282g

Product size:145x145x189mm
Origin:China
Material: ABS+PP
Executive standard:
GB4706.1-2005
GB4706.48-2009

Patent products, counterfeiting will be prosecuted
Patent number: US D1017012S
Patent name: Humidifier



Made in China

## Specification

Product model:V56                      Product size:145x145x189mm
Input current:DC 24V/650mA    Origin:China
Water tank:350ml                       Material: ABS+PP
Spray volume:10-30ml/H            Executive standard:
Net weight:282g                                    GB4706.1-2005
                                                          GB4706.48-2009

Patent products, counterfeiting will be prosecuted
Patent number: US D1017012S
Patent name: Humidifier



Made in China



RAINDROP MODE



COLORFUL LIGHTING



TIMING PROTECTION



AUTOMATIC SHUTDOWN
WITHOUT WATER





6/4/25, 12:30 PM
Amazon.com: Raindrop Humidifier for Bedroom Large Room -Air Humidifiers and Aromatherapy Diffuser,Ultrasonic humidifier,Quiet…

Case 2:25-cv-00769-CCW    Document 6-4    Filed 06/05/25    Page 16 of 17

Amazon

Delivering to Chicago 60657
Update location

Home & Kitchen ▾

Search Amazon

EN ▾

Hello, sign in
Account & Lists ▾

Returns
& Orders

0

☰ All    Amazon Haul    Medical Care ▾    Saks    Best Sellers    Amazon Basics    New Releases    Registry    Today's Deals    Groceries ▾    Music    Gift Cards ▾

Amazon Home    Shop by Room    Discover    Shop by Style    Home Décor    Furniture    Kitchen & Dining    Bed & Bath    Garden & Outdoor    Home Improvement

Shop Dreo

Sponsored ⓘ

Home & Kitchen › Heating, Cooling & Air Quality › Humidifiers



Roll over image to zoom in

     


4 VIDEOS

Raindrop Humidifier for Bedroom Large Room -Air Humidifiers and Aromatherapy Diffuser,Ultrasonic humidifier,Quiet humidifier with Ambient Light & 4 Timer,Waterless Auto Off (No remote control)

Visit the fuliying Store

4.8 ★★★★☆    115 ratings

50+ bought in past month

$30⁹⁹

Get **Fast, Free Shipping** with Amazon Prime

FREE Returns ▾

**Coupon:** ☐ Apply 10% coupon    Terms

Apply now and get a $80 Amazon Gift Card upon approval of the Amazon Store Card, or see if you pre-qualify with no impact to your credit bureau score.

Color: **white**


$32.99


$30.99

| Brand | fuliying |
|---|---|
| Special Feature | Raindrop humidification, Multiple Light Setting, Automatic Shut-Off, Timer Setting |
| Color | white |
| Product Dimensions | 5.7"D x 5.7"W x 7.3"H |
| Room Type | Office, Bedroom |

 **Capacity**
350 Milliliters

 **Runtime**
8 hours

**Material**
ABS+PP+electronic component

**Power Source**
Corded Electric

## About this item

- Multifunctional humidifier: The latest raindrop humidifier can be used as an aromatherapy diffuser and air humidifier. The bedroom raindrop humidifier uses high-frequency ultrasonic atomization. The atomization is

$30⁹⁹

Get **Fast, Free Shipping** with
Amazon Prime
FREE Returns ▾

**FREE delivery Monday, June 9** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, June 5**. Order within 9 hrs 30 mins. Join Prime

**Arrives 10 days before Father's Day**

⊙ Delivering to Chicago 60657 - Update location

**In Stock**

Quantity: 1 ▾

**Add to Cart**

**Buy Now**

| Ships from | Amazon |
|---|---|
| Sold by | Fuliying |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

**Add a Protection Plan:**

☐ 3-Year Protection Plan for $5.99

☐ 4-Year Protection Plan for $7.99

☐ Complete Protect: One plan covers all eligible past and future purchases (Renews Monthly Until Cancelled) for $16.99/month

☐ Add a gift receipt for easy returns

**Add to List**



6/4/25, 12:30 PM
Amazon.com: Raindrop Humidifier for Bedroom Large Room -Air Humidifiers and Aromatherapy Diffuser,Ultrasonic humidifier,Quiet…

Case 2:25-cv-00769-CCW    Document 6-4    Filed 06/05/25    Page 17 of 17



HINIO Rain Cloud Humidifier Wa...

3.8            38

$39⁹⁹

Sponsored ⓘ

delicate and won't wet your desktop even if used for a long time. The humidifier simulates the natural raindrop effect, as if immersing you in nature, making you feel fresh and peaceful, relieving dryness, and creating a comfortable atmosphere for you.

- Diffuser: This raindrop humidifier is not only used for viewing raindrops, but can also be used as an aromatherapy diffuser and is suitable for various aromatherapy essential oils. The diffuser uses ultrasonic vertical atomization to deliver dispersed and diffused water mist to high places, providing fragrance while humidifying and nourishing the surrounding air. Relieve the body and mind, bid farewell to fatigue.

- Humidifiers with 7 different ambient lighting colors: Ultrasonic humidifiers can provide smooth mist and raindrops, while classic white Humidifier has 7 different lighting effects, creating a calm and relaxed atmosphere. You and your family and friends will both like it. Exquisite humidifiers can perfectly blend into every environment at home. This combination of style, design, and functionality is also your gift choice.

- The humidifier has four timer settings: spray mode and raindrop mode. The timing function is 2 hours/4 hours/8 hours/continuous. Each button has multiple functions and can be switched freely. The humidifier has a water tank of approximately 350ML, designed with a large diameter for easy water filling. In any mode, no water will automatically protect the shutdown.

- Classic Aromatherapy Humidifier:This raindrop aromatherapy humidifier does not come with a remote control.The essential oil diffuser uses 24V high power to improve the atomization quality and widely expand the aroma. Products and services:1 X Raindrop aromatherapy humidifier,1 X power cord,1 X user manual;If you have any questions about our products,please contact us first,and we will do our best to solve the problem for you.

- Attention when using:The atomizing tablets of the aromatherapy humidifier will make a little noise when working.It is not a completely quiet humidifier, but it will not affect your rest, work and study. The water level cannot exceed MAX.After plugging in the power and turning on the humidifier switch, wait for one minute, gently tap the top of the humidifier to remove the air from the raindrop tube, and then the raindrops will fall.

- This Raindrop Humidifier for Bedroom&Aromatherapy Diffusers has been patented in the United States with patent number USD1017012S

 Report an issue with this product or seller

## Consider a similar item

Amazon's Choice



Homvana Humidifiers for Bedroom Home, 3.6 L Cool Mist Top-Fill 34H Super Long Time, Quiet 16dB, Baby Humidifier, Oil Diffuser for Large Room, Plants, Nursery, Office BPA FREE, 7 Color Light Ultrasonic

★★★★⯪ (9917)